UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 16-3912
_____

VICTORIA VOOYS, JOSEPH GERACE
d/b/a CANE BAY BEACH BAR

v.

MARIA BENTLEY; CB3, INC.; WARREN MOSLER;
CHRIS HANLEY; CHRISMOS CANE BAY, LLC
Warren Mosler; Chris Hanley; Chrismos Cane Bay, LLC,
Petitioners

ON WRIT OF CERTIORARI TO
THE SUPREME COURT OF THE VIRGIN ISLANDS
(V.I. S. Ct. Civ. No. 2015-0046)
(V.I. Super. Ct. Civ. No. 2005-00368)
_____

Argued December 12, 2017 before Merits Panel
Argued En Banc February 21, 2018
Opinion Filed August 21, 2018
_____

ORDER AMENDING OPINION

It appears that an orphan footnote designation was included in the majority opinion at page 41.  At the direction of the Court, it is hereby ORDERED that the opinion is amended to delete the inclusion of footnote 134 in the body of the opinion.

A corrected opinion will be entered on the docket.  As this amendment does not change the substance of the opinion, the original filing date of the opinion and judgment will not be changed.

For the Court,
s/ Patricia S. Dodszuweit
Clerk

Date:  August 22, 2018
NMR/cc: All Counsel of Record